# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1447**
**KA 13-00678**
PRESENT: CENTRA, J.P., FAHEY, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                          MEMORANDUM AND ORDER

TITO ROOSEVELT, ALSO KNOWN AS SAMUEL GAMBLIN,
DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (DAVID J. RUDROFF OF
COUNSEL), FOR DEFENDANT-APPELLANT.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (MATTHEW B. POWERS OF
COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Erie County Court (Michael F.
Pietruszka, J.), rendered March 18, 2013. The judgment convicted
defendant, upon his plea of guilty, of promoting prison contraband in
the first degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Same Memorandum as in *People v Roosevelt* ([appeal No. 1] ___ AD3d
___ [Feb. 6, 2015]).

Entered: February 6, 2015                    Frances E. Cafarell
                                             Clerk of the Court